## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EL PASO NATURAL GAS COMPANY**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF ENERGY** and the Honorable **SAMUEL W. BODMAN**, its Secretary, **UNITED STATES NUCLEAR REGULATORY COMMISSION, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY** and the Honorable **STEPHEN L. JOHNSON**, its Administrator, **UNITED STATES DEPARTMENT OF THE INTERIOR** and the Honorable **DIRK KEMPTHORNE**, its Secretary, **BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES** and the Honorable **MICHAEL O. LEAVITT**, its Secretary, **INDIAN HEALTH SERVICE, UNITED STATES DEPARTMENT OF DEFENSE** and the Honorable **ROBERT GATES**, its Secretary,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____<br><br><br><br><br><br>**CERTIFICATE RULE LCvR 7.1** |

## <u>CERTIFICATE RULE LCvR 7.1</u>

I, the undersigned, counsel of record for plaintiff El Paso Natural Gas Company

("EPNG") certify that to the best of my knowledge and belief, the following are parent

companies, subsidiaries or affiliates of EPNG which have any outstanding securities in the hands

of the public:

EPNG is wholly-owned by El Paso EPNG Investments, L.L.C., which in turn is wholly-owned by El Paso Corporation.  No publicly held entity owns ten percent or more of EPNG's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated this 14th day of May, 2007.

Respectfully submitted,

By: _____

Thomas L. Sansonetti, D.C. Bar No. 949610
HOLLAND & HART, LLP
2515 Warren Avenue, Suite 450
Cheyenne, WY 82001-3164
307.778.4200 (Telephone)
303.778.8175 (Facsimile)


William G. Myers III, D.C. Bar No. 408573
HOLLAND & HART, LLP
U.S. Bank Plaza
101 S. Capitol Boulevard, Suite 1400
Boise, ID 83702-7714
208.342.5000 (Telephone)
208.343.8869 (Facsimile)

Jerry Stouck, D.C. Bar No. 343400
Robert L. Shapiro, D.C. Bar No. 415854
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W., #500
Washington, DC 20006
202.331.3100 (Telephone)
202.331.3101 (Facsimile)


David G. Palmer
Brian L. Duffy
Naomi G. Beer, D.C. Bar No. 450875
Christopher J. Neumann
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

*Attorneys for PLAINTIFF El Paso Natural Gas Company*