IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT OF ENERGY, and the Honorable SAMUEL W. BODMAN, its Secretary, 1000 Independence Ave., S.W. Washington, D.C. 20585,<br><br>UNITED STATES NUCLEAR REGULATORY COMMISSION, Washington, D.C. 20555,<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and the Honorable STEPHEN L. JOHNSON, its Administrator, Ariel Rios Building, 1200 Pennsylvania Ave., N.W. Washington, D.C. 20460,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and the Honorable DICK KEMPTHORNE, its Secretary, BUREAU OF INDIAN AFFAIRS, 1849 C St., N.W. Washington, D.C. 20240,<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the Honorable MICHAEL O. LEAVITT, its Secretary, S.W. Washington, D.C. 20201,<br><br>INDIAN HEALTH SERVICE, 200 Independence Ave., The Reyes Building, 801 Thompson Avenue, Suite 400, Rockville, MD 20852,<br><br>UNITED STATES DEPARTMENT OF DEFENSE and the Honorable ROBERT GATES, its Secretary, Pentagon, Washington, D.C. 20001,<br><br>    Defendants. | Civ. Action No. 07-cv-905 (RJL) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel of record in this case for Defendants United States of America, et al. My contact information and e-mail address are below.

                                      Respectfully submitted,

                                      RONALD J. TENPAS
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources Division

By:              /s/
                                      ERIC G. HOSTETLER, Attorney
                                      D.C. Bar #445917
                                      Environmental Defense Section
                                      U.S. Department of Justice
                                      P.O. Box 23986
                                      Washington, D.C. 20026-3986
                                      Voice: (202) 305-2326
                                      Telecopier: (202) 514-8865
                                      eric.hostetler@usdoj.gov

                                      <u>Overnight Mail Address</u>
                                      Room 8000 - Patrick Henry Building
                                      601 D Street, NW
                                      Washington, D.C. 20004

                                      Counsel for Defendants

Dated: June 13, 2007