IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 07-905 RJL |
| United States, *et al.*, | |
| Defendants. | |

## Proof of Service

Pursuant to Fed. R. Civ. Pro. 4(l), El Paso provides proof of service. Attached as exhibit 1 is an Affidavit of Service from Ambiko Guice attesting to personal service on the United States Attorney for the District of Columbia. Attached as exhibit 2 is a Declaration of Service of Robert Shapiro attesting to service on the remaining defendants by certified mail.

Respectfully submitted,

Thomas L. Sansonetti, D.C. Bar No. 949610
HOLLAND & HART, LLP
2515 Warren Avenue, Suite 450
Cheyenne, Wyoming 82001
307.778.4200

William G. Myers III, D.C. Bar No. 408573
HOLLAND & HART, LLP
U.S. Bank Plaza
101 S. Capitol Boulevard, Suite 1400
Boise, Idaho 83702
208.342.5000

By:___Robert L. Shapiro___
Jerry Stouck, D.C. Bar No. 343400
Robert L. Shapiro, D.C. Bar No. 415854
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, #500
Washington, DC 20006
202.331.3100

David G. Palmer
Brian L. Duffy
Naomi G. Beer, D.C. Bar No. 450875
Christopher J. Neumann
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, Colorado 80202
303.572.6500

DEN 96261654v1 6/6/2007

**EXHIBIT 1**

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

El Paso Natural Gas Company

vs.

United States of America, et al.

No. 1:07-CV-00905 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:42 pm on May 16, 2007, I served United States of America c/o Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   28
 HEIGHT-   5'10"
   HAIR-   BLACK
 WEIGHT-   170
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  5/17/07
              Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 188160

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 07-0905-RJL |

**DECLARATION OF SERVICE**

Robert L. Shapiro declares as follows:

1. I am counsel to Plaintiff.

2. On May 16, 2007, a summons issued by the Clerk of the Court of the United States District Court for the District of Columbia and a copy of the Complaint filed in this action were mailed via prepaid First Class U.S. Certified Mail, return receipt requested (copies of receipt confirmations are attached hereto as Exhibit 1) to the following:

    (a)    Albert R. Gonzales, Attorney General, U.S. Department of Justice;

    (b)    Robert M. Gates, Secretary, U.S. Department of Defense;

    (c)    U.S. Department of Defense;

    (d)    Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services;

    (e)    U.S. Department of Health and Human Services;

    (f)    Dirk Kempthorne, Secretary, U.S. Department of the Interior;

    (g)    U.S. Department of the Interior;

(h) Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency;

(i) U.S. Environmental Protection Agency;

(j) Samuel W. Bodman, Secretary, U.S. Department of Energy;

(k) U.S. Department of Energy;

(l) Indian Health Services;

(m) U.S. Nuclear Regulatory Commission; and

(n) Bureau of Indian Affairs.

I declare under penalty of perjury that the foregoing is true and correct.

June 14, 2007
Date

Robert L. Shapiro

2

*EXHIBIT 1*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  MAY 21, 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto R. Gonzales, Atty. Gen.<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0001 1489 5845 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Gates, Secty.<br>U.S. Dept. of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0001 1489 6149 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Dept. of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>_GC_<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0001 1489 6132 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dora Ricks_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_D. Ricks_   _5-21-07_ |
| 1. Article Addressed to:<br><br>Michael O. Leavitt, Secty.<br>U.S. Dept. of Health & Human Services<br>2000 Independence Ave., SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0001 1489 6125 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>D. Ricks  5-17-07 |
| 1. Article Addressed to:<br><br>U.S. Dept. of Health & Human Services<br>2000 Independence Ave. SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 3110 0001 1489 6118 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>_[illegible]_  MAY 21 2007 |
| 1. Article Addressed to:<br><br>Dirk Kempthorne, Secty.<br>U.S. Dept. of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 3110 0001 1489 6095 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Dept. of the Interior
   1849 C Street, NW
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   _[illegible]_   MAY 2 1 2007
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 3110 0001 1489 6088

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Stephen L. Johnson
   U.S. Env. Protection Agency
   Ariel Rios Building
   1200 Pennsylvania Ave. NW
   Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☑ Addressee
B. Received by (Printed Name)   C. Date of Delivery
      5/22/07
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 3110 0001 1489 6064

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USEPA
   C/o Stephen L. Johnson, Admin
   Ariel Ross Bldg.
   1200 Pennsylvania Ave. NW
   Mail Code 1101A
   Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                5/29/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0001 8010 9951

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Samuel W. Bodman
   U.S. Dept. of Eergy
   1000 Independence Ave. SW
   Washington, DC 20585

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
_____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MARY VOM MCA               5/21/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 3110 0001 1489 5869

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mary Leumm* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*MARY FOMMCH*  5/8/ |
| 1. Article Addressed to:<br><br>U.S. Dept. of Energy<br>1000 Independence Ave., SW<br>Washington, DC 20585  GC 30 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7005 3110 0001 1489 5852 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Indian Health Services<br>The Reyes Building<br>801 Thompson Ave., Suite 400<br>Rockville, MD 20852-1627 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7005 3110 0001 1489 6071 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>T. W. POLAND  5-17-07 |
| 1. Article Addressed to:<br><br>U.S. Nuclear Regulatory Commission<br>One White Flint North<br>11555 Rockville Pike<br>Rockville, MD 20852-2738 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0001 1489 5876 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0001 1489 6101**
Status: **Delivered**

Your item was delivered at 9:10 AM on May 21, 2007 in WASHINGTON, DC 20240.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services  jobs  **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees
Sent To: Bureau of Indian Affairs
U.S. Dept. of the Interior
Street, Apt. or PO Box: 1849 C Street, NW
City, State: Washington, DC 20240

7005 3110 0001 1489 6101

Postmark Here — May 17 2007 — WASHINGTON SQUARE PO 20036-9997 USPS

PS Form 3800

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        6/4/2007