IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 07-905 RJL |
| United States, *et al.*, | |
| Defendants, | |

Joint Motion for Enlargements of Time

Pursuant to Fed. R. Civ. Pro. 6(b)(l), Local Civil Rule 7 and Case Management Order ¶ 6, the parties jointly move to enlarge the time for certain events following defendants' filing of a motion to transfer or dismiss alleging improper venue in this Court. The parties have agreed that El Paso should have through September 12, 2007 to file its opposition to the motion to transfer or dismiss and that defendants should have through October 10, 2007 to file their reply. In addition, the parties seek an enlargement through September 26, 2007 in which to confer pursuant to Red. R. Civ. Pro. 26(f), Local Rule 16.3(c) and Case Management Order at 2. No party has previously requested an enlargement of time, and the granting of the enlargements requested in this motion will have no effect on other previously scheduled deadlines. Pursuant to Local Rule 7(m), the parties have conferred regarding this request, and the parties all consent to the enlargements requested in this motion.

El Paso needs the additional time sought for its opposition to the government's motion to enable its counsel to confer appropriately regarding the government's significant motion. Conflicting vacation schedules among El Paso's counsel otherwise limit opportunities for such work before Labor Day. Defendants likewise need additional time in light of the significance of their motion. In addition, defendants' counsel expects to be heavily engaged in late September

2

preparing for an important oral argument before the United States Court of Appeals for the District of Columbia Circuit. For similar reasons, the parties need additional time to prepare their positions appropriately to conduct a fruitful conference among counsel as intended by Fed. R. Civ. Pro. 26(f) and Local Rule 16.3. If the Court grants the enlargements of time requested by the parties in this joint motion, the Court will have before it at the same time (October 10, 2007) both full briefing on the government's motion to transfer or to dismiss and the parties' Joint Meet and Confer Statement.

For the foregoing reasons, the parties should have enlargements of time as follows: through September 12, 2007 for El Paso's opposition to defendants' motion to transfer or to dismiss, through October 10, 2007 for defendants' reply and through September 26, 2007 for the parties' conference among counsel.  A proposed order is attached to this motion.

Respectfully submitted,

_____s/_____   ____s/_____
Eric G. Hostetler, Attorney            Jerry Stouck, D.C. Bar No. 343400
D.C. Bar No. 445917                    Robert L. Shapiro, D.C. Bar No. 415854
Environmental Defense Section          GREENBERG TRAURIG, LLP
United States Department of Justice    800 Connecticut Avenue, NW, #500
P.O. Box 23986                         Washington, DC  20006
Washington, D.C.  20026-3986           202.331.3100
202.305.2326

David G. Palmer
Brian L. Duffy
Naomi G. Beer, D.C. Bar No. 450875
Christopher J. Neumann, D.C. Bar No. CO0044
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, Colorado  80202
303.572.6500

Thomas L. Sansonetti, D.C. Bar No. 949610
HOLLAND & HART, LLP
2515 Warren Avenue, Suite 450
Cheyenne, Wyoming  82001
307.778.4200

William G. Myers III, D.C. Bar No. 408573
HOLLAND & HART, LLP
U.S. Bank Plaza
101 S. Capitol Boulevard, Suite 1400
Boise, Idaho  83702
208.342.5000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EL PASO NATURAL GAS COMPANY,

    Plaintiff,

    v.                                                  Civil Action No. 07-905 RJL

United States, *et al.*,

          Defendants,

ORDER

The parties' Joint Motion for Enlargements of Time filed on July 30, 2007 is hereby granted, and the follow enlargements of time granted:

Plaintiff shall through September 12, 2007 to file its opposition to defendants' motion to transfer or to dismiss;

Defendants shall have through October 10, 2007 to file their reply on their motion; and

the parties shall have through September 26, 2007 to confer pursuant to Fed. R. Civ. Pro. 26(f) and Local Civil Rule 16.3(c).

_____                          _____
Date                                 Richard J. Leon
                                     United States District Judge