IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-cv-00905 (RJL) |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION TO DISMISS FOR IMPROPER VENUE,
OR, IN THE ALTERNATIVE, TO TRANSFER**

Pursuant to the briefing schedule established at the hearing on the United States' motion to dismiss for improper venue, or, in the alternative, to transfer, Federal Defendants file this supplemental memorandum to provide the Court with citations to federal RCRA regulations supporting Federal Defendants' position that alleged record-keeping violations occurred, if at all, in Arizona.[1]

By way of background, as addressed in prior briefing and at the motion hearing, EPNG's claims include claims brought under subsection (a)(1)(A) of the RCRA citizen suit provision, 42 U.S.C. § 6972(a)(1)(A), alleging that Federal Defendants violated RCRA requirements. *See generally* United States' opening brief at 11-12; reply brief at 4-7. RCRA provides that such "violation" claims must be brought "in the district court for the district in which the alleged violation occurred." 42 U.S.C. § 6972(a)(1)(A).

---

[1] Federal Defendants do not admit any of the allegations in Plaintiff's Complaint, but are assuming the truth of the allegations for purposes of a motion to dismiss.

At the motion hearing, counsel for EPNG conceded that "many" of the violations alleged in its Amended Complaint occurred in Arizona.  *See* Transcript of Motion Hearing at 18.   This concession alone warrants granting the United States' motion, as EPNG must demonstrate this is a proper venue for each cause of action asserted.

While conceding that many alleged violations occurred in Arizona, EPNG counsel contended at the hearing that some unspecified alleged "record-keeping" violations occurred in Washington, D.C.  *See* Transcript of Motion Hearing at 18.  Beyond the reasons Federal Defendants have set forth previously for concluding that any alleged record-keeping violations here occurred in Arizona, and not in the District of Columbia (*see* opening brief at 11-12, reply brief at 4-7), it should additionally be noted that RCRA regulations specify that persons owning or operating hazardous waste disposal facilities must maintain operating records at the location of a waste treatment, storage, or disposal facility (*i.e.*, in Arizona with respect to the allegations in the Amended Complaint).  *See* 40 C.F.R. 264.73, 40 C.F.R. § 265.73 (providing that the owner or operator of a waste facility must keep "a written operating record *at his facility*") (emphasis added).   These regulations related to record-keeping further support Federal Defendants' position that alleged recordkeeping violations in this case occurred in Arizona, where waste is alleged to have been treated, stored, or disposed.

WHEREFORE, pursuant to Fed. R. Civ. P. 12(b)(3), and for the reasons set forth above and in the United States' previous briefs, the case should be dismissed for improper venue or transferred to the United States District Court for the District of Arizona.

                                                  Respectfully submitted,

                                                  RONALD J. TENPAS
                                                  Acting Assistant Attorney General
                                                  Environment and Natural Resources
                                                         Division
                                                  U.S. Department of Justice

                                                            /s/
                                                  ERIC G. HOSTETLER, Attorney
                                                  D.C. Bar No. 445917
                                                 Environmental Defense Section
                                                 P.O. Box 23986
                                                 L'Enfant Plaza Station
                                                 Washington, D.C.  20026-3986
                                                 (202) 305-2326

December 12, 2007