IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EL PASO NATURAL GAS COMPANY**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 07-00905 RJL |
| **UNITED STATES OF AMERICA**, et al., | § § § | |
| Defendants. | § § § § § | |

**UNOPPOSED MOTION BY PLAINTIFF EL PASO TO ALLOW PARTICIPATION OF ADDITIONAL COUNSEL AT THE FEBRUARY 29, 2008 STATUS CONFERENCE <u>BY TELEPHONE</u>**

Plaintiff El Paso Natural Gas Company ("EPNG") respectfully moves the Court to allow certain of its counsel who have offices in other cities to participate in the status conference scheduled in this case for February 29, 2008 at 11:30 a.m. by telephone.

El Paso's undersigned counsel (Jerry Stouck) will attend in person, together with Mr. Shapiro who also has his office in Washington, D.C.  However, Mssrs. Christopher J. Neumann, Thomas L. Sansonetti and William G. Myers, III, who also represent El Paso in this matter, have offices in distant cities.  In order to avoid travel expenses for what El Paso expects will be a reasonably brief status conference, El Paso requests that these additional counsel be provided an opportunity to participate in the status conference by telephone.

The undersigned has discussed this motion with counsel for all defendants, Mr. Hostetler, who has stated his clients have has no opposition to this motion.

If this motion is granted, and unless the Court directs otherwise, the undersigned will

work with the Court's Courtroom Deputy Clerk to arrange the logistics (phone numbers, etc.) of the telephone arrangement that El Paso is requesting.

A proposed order is attached.

Dated this 22d day of February, 2008.

Respectfully submitted,

_____/s/_____
Jerry Stouck, D.C. Bar No. 343400
Robert L. Shapiro, D.C. Bar No. 415854
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., #500
Washington, DC  20006
202.331.3100

Thomas L. Sansonetti, D.C. Bar No. 949610
HOLLAND & HART, LLP
2515 Warren Avenue, Suite 450
Cheyenne, Wyoming  82001
307.778.4200

William G. Myers III, D.C. Bar No. 408573
HOLLAND & HART, LLP
U.S. Bank Plaza
101 S. Capitol Boulevard, Suite 1400
Boise, Idaho  83702
208.342.5000

David G. Palmer
Brian L. Duffy
Naomi G. Beer, D.C. Bar No. 450875
Christopher J. Neumann, D.C. Bar No. CO0044
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street, Twenty-Fourth Floor
Denver, Colorado  80202
303.572.6500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EL PASO NATURAL GAS COMPANY**, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **UNITED STATES OF AMERICA**, et al., § <br> § <br> Defendants. § | Civil Action No. 07-00905  RJL |

ORDER

Upon consideration of the unopposed motion by Plaintiff El Paso to allow participation of additional counsel at the February 29, 2008 status conference by telephone, and there being good cause for the motion, the motion is hereby GRANTED

_____
Richard L. Leon, District Judge

Entered: _____, 2008