IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) | Civ. Action No. 07-cv-00905 (RJL) |

### UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendants United States of America et al. (collectively "Federal Defendants") hereby move for an extension of time to file a response to Plaintiff's Amended Complaint. Specifically, Federal Defendants request an extension of time until April 18, 2008, to file a motion to dismiss based on lack of subject matter jurisdiction, and an extension of time until 20 days after a decision on its motion to dismiss, to file a responsive pleading. Counsel for Plaintiff, Jerry Stouck, has authorized undersigned counsel to represent that Plaintiff is unopposed to this motion. In support of this motion, Defendants state as follows:

1. Plaintiff El Paso Natural Gas Company ("EPNG") brings claims for relief relating to a former uranium mill in Tuba City, Arizona that was operated by EPNG, under contract with the Atomic Energy Commission, between approximately 1955 and 1966.

2. Plaintiff's Amended Complaint was filed on July 12, 2007. On July 27, 2007, the United States filed a motion to dismiss based on improper venue, or, in the alternative, for transfer to the United States District Court for the District of Arizona. By order dated February 14, 2008, the Court denied the United States venue motion. The Court has scheduled a status

conference for Friday, February 29, 2008.

3. As set forth in the parties' joint meet and confer statement, filed on October 19, 2007, Federal Defendants intend to file a dispositive motion to dismiss based on lack of subject matter jurisdiction.

4. Undersigned counsel for Federal Defendants has a number of other federal court briefing deadlines in the next several weeks, including briefing deadlines on March 20, 2008, March 24, 2008, and March 28, 2008. Accordingly, counsel for Federal Defendants requires an additional period of 50 days, or until April 18, 2008, to prepare and file a motion to dismiss.

5. Because Federal Defendants' forthcoming motion to dismiss for lack of subject matter jurisdiction may result in dismissal of the case, it is in the interest of judicial efficiency for Federal Defendants to defer filing a responsive pleading until after Federal Defendants' forthcoming jurisdictional motion. Accordingly, Federal Defendants' request an extension of time until 20 days after the date of decision on its forthcoming motion to dismiss to file a responsive pleading.

6. This is Federal Defendants' first request for an extension of time. No scheduling order has been entered in this case, and Federal Defendants' request for extension will not have any effect on previously scheduled deadlines.

7. Counsel for Plaintiff, Jerry Stouck, has authorized undersigned counsel to represent that Plaintiff does not object to this motion.

WHEREFORE, Federal Defendants respectfully request an extension of time until April 18, 2008, to file a motion to dismiss based on lack of subject matter jurisdiction, and an extension of time until 20 days after decision on its motion to dismiss, to file a responsive pleading.

        Respectfully submitted,

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources
            Division
        U.S. Department of Justice


        _____/s/_____
        ERIC G. HOSTETLER, Attorney
        D.C. Bar No. 445917
        Environmental Defense Section
        P.O. Box 23986
        L'Enfant Plaza Station
        Washington, D.C.  20026-3986
        (202) 305-2326

February 27, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) | Civ. Action No. 07-cv-00905 (RJL) |

**[proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and for good cause shown, it is hereby ORDERED, that Defendants' motion is granted.  Defendants shall have until April 18, 2008, to file a motion to dismiss based on lack of subject matter jurisdiction, and an extension of time until 20 days after decision on its motion to dismiss, to file a responsive pleading.


DATED: _____                           _____
                                         Richard J. Leon
                                         United States District Judge